United States District Court

Eastern District of California

Michael A. Trahan,

      Plaintiff,   No. Civ. S 04-1371 GEB PAN P

  vs.   Order

Stockton Police Department, et al.,

      Defendants.

-oOo-

    June 22, 2005, defendants moved to dismiss. Plaintiff did not oppose. September 19, 2005, plaintiff (now incarcerated at Vacaville) requested copies of court records. Good cause appearing, the court hereby orders that:

    1. Plaintiff's September 19, 2005, request for copies is denied.

    2. The Clerk of Court shall enter the Vacaville address on plaintiff's September 19, 2005, filing as his address as record.

    3. Defendants shall serve their motion to dismiss on

plaintiff at his Vacaville address and notify the court within 10 days they have done so.  Otherwise the motion will be vacated.

    4.  Plaintiff may oppose the motion to dismiss within 10 days of its service upon him; if he does not his failure to oppose the motion may be deemed a concession to its merit.

    5.  If plaintiff is released from custody he must notify the court and defendants of his new address.

    Dated:  September 22, 2005.

                           /s/ Peter A. Nowinski
                           PETER A. NOWINSKI
                           Magistrate Judge